**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE:                                                    CHAPTER 13 PROCEEDING:
RICHARD & JACQUELINE BYRD                                 05-10008-B-13
DEBTORS

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

    COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

    1.   Debtors filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Monday, Jan 3, 2005.

    2.   This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

    3.   Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

    4.   Checks to the party below have not cleared within 90 days.

        MKM ACQUISITIONS LLC
        245 EIGHT AVE STE #272
        NEW YORK, NY  10011-1607

    5.   As a result, funds owed to the creditor in the amount of $256.95 by the above referenced Debtors should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Thu, May 26, 2011

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#109

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE:                                                          CHAPTER 13 PROCEEDING:
RICHARD & JACQUELINE BYRD                 05-10008-B-13
DEBTORS

### CERTIFICATE OF SERVICE

    I, Cindy Boudloche , do hereby certify that on May 26, 2011, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below :

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


RICHARD AND JACQUELINE BYRD          MALAISE LAW FIRM PC (ER)
4315 BERWICK                                           1265 N EXPRESSWAY 83
WICHITA FALLS, , TX  76309                    BROWNSVILLE, TX  78520

MKM ACQUISITIONS LLC
245 EIGHT AVE STE #272
NEW YORK, NY  10011-1607